# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JERXAVIER LANE

NO. 2020 KW 0779

SEP 2 8 2020

In Re:    JerXavier Lane, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, Nos. 16-WFLN-616, 16-WFLN-650, & 16-WMSD-657.

BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.

WRIT DENIED. Relator's claim that he was punished multiple times for the same conduct in violation of the Double Jeopardy Clause is without merit. Sanctions imposed in administrative disciplinary proceedings by the Department of Public Safety and Corrections are civil in nature. Actions taken by a disciplinary board against a prison inmate generally provide no basis for a claim of double jeopardy. See **United States v. Ursery**, 518 U.S. 267, 289, 116 S.Ct. 2135, 2147-48, 135 L.Ed.2d 549 (1996); **State v. Duncan**, 98-1730 (La. App. 1st Cir. 6/25/99), 738 So.2d 706, 709, writ denied, 96-2571 (La. 3/21/97), 691 So.2d 81. See also **Butler v. Department of Public Safety and Corrections**, 609 So.2d 790, 795 (La. 1992).

                        JMM
                        GH
                        AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT